UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID GOLDEN (alias G. JEREMY THUNDERCLOUD, JOHNY BIGFISH), an individual,

                    Plaintiff,

          v.

WASHINGTON STATE DEPT. OF TRANSPORTATION, WASHINGTON STATE AUDITOR, US OFFICE OF THE INSPECTOR GENERAL; US DEPT. OF LABOR; US DEPT OF JUSTICE; WASHINGTON STATE ATTORNEY GENERAL'S OFFICE; BOB FERGUSON, individually and the marital community composed thereof; DANA DELUE, individually and the marital community composed thereof, JENNY DURKAN, individually and the marital community composed thereof, BARACK OBAMA, individually and the marital community composed thereof, et. al.,

                    Defendants.

CASE NO.  C17-1877

NOTICE OF REMOVAL OF CIVIL ACTION

(King County Superior Court Case No. 17-2-30664-9 SEA)

To:    Clerk, United States District Court
       Western District of Washington

Notice of Removal of Civil Action
C17-1877 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Federal Defendants U.S. Office of the Inspector General ("OIG"), U.S. Department of Labor ("DOL"), U.S. Department of Justice ("DOJ"), Jenny Durkan, acting in her official capacity as United States Attorney of the Western District of Washington, and Barack Obama, acting in his official capacity as President of the United States, (collectively, "Federal Defendants" or "United States"),  by and through undersigned counsel of record, Annette L. Hayes, United States Attorney for the Western District of Washington, and Priscilla T. Chan, Assistant United States Attorney for said District, hereby respectfully files with the Court this Notice of Removal pursuant to Title 28, United States Code, Section 1442, to remove Case No. 17-2-30664-9 SEA, from King County Superior Court to United States District Court for the Western District of Washington. In support of this notice, Federal Defendants indicate as follows:

1.      On or about December 4, 2017, Plaintiff David Golden filed an Amended Complaint in King County Superior Court alleging various claims sounding in tort against Federal Defendants including, but not limited to "breach of fiduciary duty" and "intentional infliction of emotional distress." *See* Amended Complaint at 7-8, attached as Exhibit A.

2.      Plaintiff's claims are against Ms. Durkan and Mr. Obama in their official capacities as United States Attorney for the Western District of Washington and President of the United States, respectively, *see* Amended Complaint at 2, and against the U.S. Office of the Inspector General (without specifying the agency to which the OIG belongs), the U.S. Department of Labor, and the U.S. Department of Justice, all agencies of the United States.

3.      The above-referenced state court action may be removed to the United States District Court under 28 U.S.C. § 1442, by virtue of the following:

a.      In all lawsuits such as the foregoing, that allege a negligent act or omission against employees of the United States while acting within the course and scope of employment, an

Notice of Removal of Civil Action
C17-1877 - 2

agency of the United States and, for that matter, its head acting in an official capacity, a lawsuit brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, *et seq.*, is the sole and exclusive remedy for such claims, federal district courts have exclusive jurisdiction and the United States of America is the real party in interest. *See* 28 U.S.C. §§ 1346(b), 2679 *et. seq.*

b.    Accordingly, and based on the foregoing, this case will be removed to the United States District Court pursuant to Section 1442.

4.    Under Local Rule CR 101(b), Defendant attaches a copy of the Claim in this matter. The United States will file herewith copies of all records from the state court proceeding.

5.    A copy of this Notice of Removal is being served upon all parties to the underlying litigation and will be promptly filed with the clerk of the King County Superior Court.

6.    Intradistrict Assignment. Upon information and belief and during the relevant time period giving rise to the allegations of the Claim, Plaintiff presently resides in King County, Washington. Additionally, upon information and belief, Case No. 17-2-30664-9 SEA is currently pending in King County. Accordingly, and pursuant to Local Rule CR 3(d), this case should be assigned to a judge in Seattle.

WHEREFORE, based upon the foregoing and pursuant to 28 U.S.C. § 1442(a)(1), the above-referenced action is removed from the King County Superior Court, to the United States District Court for the Western District of Washington.

//

//

//

//

//

Notice of Removal of Civil Action
C17-1877 - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 15th day of December, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Email:  Priscilla.Chan@usdoj.gov

Attorneys for the United States of America

Notice of Removal of Civil Action
C17-1877 - 4

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

I further certify that on this date, I mailed by United States Postal Service the foregoing document to the following parties:

| | | |
|---|---|---|
| David Golden, pro se Plaintiff<br>11826 N Mayfair Rd. #28<br>Spokane, WA 99218 | Jana Hartman<br>Assistant Attorney General<br>Office of the Attorney General<br>1250 Pacific Avenue, Suite 105<br>Tacoma, WA 98401 | Allyson K. Zebra<br>Senior Deputy Prosecuting<br>Attorney<br>500 Fourth Ave., 9th Floor<br>Seattle, WA 98104 |
| Christopher J. Marston<br>Davies Pearson PC<br>920 Fawcett<br>Tacoma, WA 98401 | Sinclair Broadcast Group<br>Attn: Caroline Little<br>711 Capitol Way, Suite 204<br>Olympia, WA 98501 | Sound Transit<br>Attn: Peter M. Rogoff<br>812 W Galer St<br>Seattle, WA 98119 |
| Dana Delue<br>716A 23rd Ave S<br>Seattle, WA 98144 | | |

DATED this 15th day of December, 2017.

s/ Marciano Quinonez
MARCIANO QUINONEZ, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email: Marciano.quinonez-cheeks@usdoj.gov

Notice of Removal of Civil Action
C17-1877 - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970