

RECEIVED

MAR 0 5 2018

IN SEATTLE

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID GOLDEN (alias G., JEREMY THUNDERCLOUD, JOHNY BIGFISH), an individual,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPT OF TRANSPORTATION; WASHINGTON STATE AUDITOR; US OFFICE OF THE INSPECTOR GENERAL;US DEPT OF LABOR; US DEPT OF JUSTICE; WASHINGTON STATE ATTORNEY GENERAL'S OFFICE; BOB FERGUSON, individually and the marital community composed thereof; DANA DELUE, individually and the marital community composed thereof; JENNY DURKAN, individually and the marital community composed thereof, BARACK OBAMA, individually and the marital community composed thereof; CHRISTINE GREGOIRE, individually and the marital community composed thereof; PAULA HAMMOND, individually and the marital community composed thereof; JAY INSLEE, individually and the marital community composed thereof;  LYNN PETERSON, individually and the marital community composed thereof; TREVOR OSBORNE, individually and the marital community composed thereof; PETER PETRICH, individually and the marital community composed thereof; THURSTON CO. SUPERIOR CT.; HON. CAROL MURPHY, individually and the marital community composed thereof; SHELLEY BRANDT, individually and the marital community composed thereof; SCOTT NICHOLSON, individually and the marital community composed thereof; TODD HARRISON, individually and the marital community composed thereof; TOM STEYER, individually and the marital community composed thereof; THE DEMOCRATIC PARTY, SINCLAIR BROADCAST, BETH ANDRUS, individually and the marital community composed thereof; KING CO. SUPERIOR COURT, WASHINGTON STATE LEGISLATURE,<br><br>Defendants. | NO:   2:17-cv-001877-RSL<br><br>PLAINTIFF G.'s NOTICE OF APPEAL AND REPRESENTATION STATEMENT |

#TACO15039

NOTICE OF APPEAL AND REPRESENTATION STATEMENT- 1

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
(360)915-2612

9th Circuit Court Appeal

Notice is hereby given that plaintiff David A. Golden (G.) appeals to the ~~SUPREME COURT~~.

OF THE UNITED STATES, from the order of the UNITED STATES DISTRICT COURT FOR

WESTERN WASHINGTON, for denial of venue change (docketed on 2/2/18) and

Mandamus

~~CHANGED~~ in that action.

G. also appeals all subsequent decisions and/ or dismissals granted in that action after

venue change was denied.


SIGNED in Spokane, WA this 2nd day of March, 2018.

By:
David Anthony Golden (G.)
Pro Se Plaintiff

EXPIRES: 3/20/20

NOTICE OF APPEAL AND REPRESENTATION STATEMENT- 2

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
(360)915-2612

**REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiff David A. Golden (G.) identifies the

following parties to this action, and their counsel of record:

Plaintiff David A. Golden (G)
11826 N. Mayfair Rd. #28
Spokane, WA 99218
goldend3@gmail.com
(360)915-2612

Jana Hartman
PO Box 2317
Tacoma, WA 98401
*Attorneys for State Defendants*

Allyson Zerba
500 Fourth AVE, Suite 900
Seattle, WA 98104-5039
*Attorney for Defendant King County*

Evelyn E. Winters/ E. Pennock Gheen
Bullivant Houser Bailey PC
1700 Seventh Ave., Suite 1810
Seattle, WA 98101-1397
*Attorney for Defendant Osborne/ Petrich*

Jonathan J. Loch/ Jeff Downer
Lee Smart, P.S. Inc.
701 Pike Street Suite 1800
Seattle, WA 98101
*Attorneys for Defendant Delue*

Priscilla Chan
US Attorney's Office
700 Stewart St. Suite 5220
Seattle, WA 98101-1271
*Attorney for Defendant USA*

Judith Endejan
Garvey Schubert Barer
1191 2nd AVE Suite 1800
Seattle, WA 98101
*Attorney for Defendant Sinclair Broadcast*

Kevin Hamilton / Ben Stafford
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*Attorneys for "Democratic" Party*

Clifford Cordes, III
CORDES BRANDT, PLLC
914 Seventh AVE SE
Olympia WA 98501
*Attorneys for Defendant Shelly Brandt*

Dated this 2nd day of March, 2018.

By:_____
David Anthony Golden (G.)
Pro Se Plaintiff

NOTICE OF APPEAL AND REPRESENTATION STATEMENT- 3

David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
(360)915-2612

## CERTIFICATE OF SERVICE

I hereby certify that on March _2nd_, 2018, I served the foregoing with the Clerk of the Court personally. I then sent a copy of the same to the parties below by US First Class Postage prepaid.

Dated this _2nd_ day of March, 2018.

By: _____
David Anthony Golden (G.)


Jana Hartman
PO Box 2317
Tacoma, WA 98401
*Attorneys for State Defendants*

Allyson Zerba
500 Fourth AVE, Suite 900
Seattle, WA 98104-5039
*Attorney for Defendant King County*

Evelyn E. Winters/ E. Pennock Gheen
Bullivant Houser Bailey PC
1700 Seventh Ave., Suite 1810
Seattle, WA 98101-1397
*Attorney for Defendant Osborne/ Petrich*

Jonathan J. Loch/ Jeff Downer
Lee Smart, P.S. Inc.
701 Pike Street Suite 1800
Seattle, WA 98101
*Attorneys for Defendant Delue*

Priscilla Chan
US Attorney's Office
700 Stewart St. Suite 5220
Seattle, WA 98101-1271
*Attorney for Defendant USA*

Judith Endejan
Garvey Schubert Barer
1191 2nd AVE Suite 1800
Seattle, WA 98101
*Attorney for Defendant Sinclair Broadcast*

Kevin Hamilton / Ben Stafford
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*Attorneys for "Democratic" Party*

Clifford Cordes, III
CORDES BRANDT, PLLC
914 Seventh AVE SE
Olympia WA 98501
*Attorneys for Defendant Shelly Brandt*


David Golden
11826 N Mayfair Rd. #28
Spokane, WA 99218
(360)915-2612

NOTICE OF APPEAL AND REPRESENTATION STATEMENT- 4