UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 25 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVID GOLDEN, an individual, Johny Bigfish, AKA G. Jeremy Thundercloud,

Plaintiff - Appellant,

v.

WASHINGTON STATE DEPT OF TRANSPORTATION; et al.,

Defendants - Appellees.

No. 18-35166

D.C. No. 2:17-cv-01877-RSL
U.S. District Court for Western Washington, Seattle

**ORDER**

The motion filed by the appellant on June 21, 2018 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Marc Eshoo
Deputy Clerk
Ninth Circuit Rule 27-7